# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| EVENS CLAUDE | NO. 12-33-01 |

## O R D E R

**AND NOW**, this 3rd day of December, 2020, upon consideration of *Pro Se* Defendant's Motion for Release Due to Extraordinary and Compelling Circumstances Pursuant to 18 U.S.C. [§] 3582(c)(1)(A)(i) (Document No. 501, filed September 9, 2020), Government's Response to Defendant's Sixth Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 503, filed September 24, 2020), and Petitioner's Reply (Document No. 504, filed October 5, 2020) for the reasons stated in the Memorandum dated December 3, 2020, **IT IS ORDERED** that *Pro Se* Defendant's Motion for Release Due to Extraordinary and Compelling Circumstances Pursuant to 18 U.S.C. [§] 3582(c)(1)(A)(i) is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.